AO 91 (Rev. 08/09) Criminal Complaint

4:22-mj-68

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JUN 13 2022

DR. KIMBERLY A. FREE, CLERK
_____
BY_____ DEPUTY CLERK

United States of America
v.

AVA MISSELDINE,
a/k/a "Brie Bourgeois"

Defendant(s)

Case No. 2:22-mj-405 

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __(various)__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1542 | passport fraud |
| 42 U.S.C. 408(a)(7)(B) | Social Security number fraud |
| 18 U.S.C. 1028A | aggravated identity theft |
| 18 U.S.C. 1040 | fraud in connection with major disaster or emergency benefits |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

AVA MISSELDINE,
a/k/a "Brie Bourgeois"

Case No. _____

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Ryland Kroeger, being first duly sworn, hereby depose and state as follows: